[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-13584
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 23, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00026-CR-3-RV

UNITED STATES OF AMERICA,

                                                          Plaintiff-Appellee,

                              versus

ZEMIN LIN,
a.k.a. Ze Min Lin,

                                                          Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(February 23, 2010)

Before EDMONDSON, CARNES and FAY, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Zemin Lin, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lin's conviction and sentence are **AFFIRMED**.